W. W. HOWELL, PLAINTIFF-PETITIONER, v. BENJAMIN SMOLENSKI, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Mr. Edward C. Stokes* for the petitioner.

*Mr. Frank P. Marano* for the respondents.

July 1, 1966. Denied.

WILLIAM J. MILES, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JACK PARRISH, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Pindar, McElroy, Connell & Foley* and *Miss Sonia Napolitano* for the petitioners.

*Messrs. Pincus, Shamy & Sheehan* for the respondent.

July 1, 1966. Granted.

JOHN T. RUSSELL, PLAINTIFF-PETITIONER, v. PRINCETON LABORATORIES, INC., *ET ALS.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Jamieson, Walsh, McCardell & Moore* and *Mr. Michael F. Spicer* for the petitioner.

*Mr. William Miller* for the respondents.

July 1, 1966. Granted.